# Third District Court of Appeal
## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1154
Lower Tribunal No. 21-6627-CA-01
_____

## Law Offices of Kravitz & Guerra, P.A., et al.,
Appellants,

vs.

## Cecilia Brannon, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Law Offices of Kravitz & Guerra, PA., and Genilde E. Guerra, for appellants.

Myron E. Siegel, P.A., and Myron E. Siegel and Benjamin E. Boyhan (Hollywood), for appellees.

Before LOGUE, LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed.